JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VINESH CHANDRA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and UNISYS CORPORATION EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>　　　　　　Defendants. | CASE NO. ED CV 13-01039-JGB (SPx)<br><br>*Judge Jesus G. Bernal*<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The parties have stipulated that this matter has been resolved in its entirety with each side to bear their own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 2, 2014

　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071